UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,

    Plaintiff,

v.                                    CASE NO. 3:20cv5733-MCR-EMT

MARK INCH,

    Defendant.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on February 8, 2021. ECF No. 16. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this Order.

2.   This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of the court.

3.   The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 29th day of March 2021.


 s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5733-MCR-EMT